UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

AMERICA IMMIGRATION COUNCIL, *et al.*,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - x

Case No. 14-cv-8403-LGS

**AFFIDAVIT OF SERVICE**

I, Mark R. Scholl, being over the age of eighteen (18) years, being duly sworn, state on oath that on October 21, 2014, I caused the Summons, Complaint, Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Individual Rules of the Honorable Lorna G. Schofield, Individual Rules of the Honorable Gabriel W. Gorenstein, and the Electronic Case Fling Rules and Instructions, to be served upon the following entities via registered mail:

**U.S. Department of Homeland Security**
Office of the General Counsel
Mail Stop 3650
Washington, DC 20528

**Office of Civil Rights and Civil Liberties**
Building 410, Mail Stop #0190
Washington, DC 20528

**U.S. Immigration and Customs Enforcement**
500 12th St., SW
Washington, D.C. 20536

**U.S. Citizenship and Immigration Services**
20 Massachusetts Avenue, NW
Washington, DC 20529

**U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**U.S. Customs and Border Protection**
1300 Pennsylvania Avenue, NW
Washington, DC 20229

**United States Attorney's Office**
86 Chambers Street, 3rd Floor
New York City, NY 10007

**Dated: October 22, 2014**

_____
Mark R. Scholl

_____
Notary Public

NAEEM A. CONWAY
Notary Public, State of New York
No. 01CO6110667
Qualified in New York County
Commission Expires June 01, 2016